STATE OF NORTH CAROLINA v. MICHAEL STREATH

No. 843SC375

(Filed 5 February 1985)

**Criminal Law § 18.1— insufficiency of record to show jurisdiction in trial court—no jurisdiction of court on appeal**

    Since jurisdiction of the Court of Appeals is derivative of that of the trial court, the jurisdiction of the trial court must affirmatively appear in the record on appeal. The record in this case failed to show the jurisdiction of the trial court where each judgment showed that defendant was convicted in superior court on misdemeanors, but made no reference to any proceedings in the district court, the court with exclusive jurisdiction in the trial of misdemeanors.

APPEAL by defendant from *Allsbrook, Judge.* Judgment entered 14 November 1983 in CRAVEN County Superior Court. Heard in the Court of Appeals 10 January 1985.

Following a jury trial in superior court, defendant was convicted of the offenses of indecent exposure, assault on a female, and false imprisonment. From judgment and sentences entered on the verdict, defendant has appealed.

*Attorney General Rufus L. Edmisten, by Assistant Attorney General William F. Briley, for the State.*

*Beaman, Kellum & Stallings, P.A., by Edward Daniels Nelson, for defendant.*

WELLS, Judge.

The only criminal pleadings which appear in the record on appeal are warrants for defendant's arrest. Each judgment in the record on appeal shows that defendant was convicted in superior court on misdemeanors. The record on appeal makes no reference to or otherwise discloses any proceedings in the district court.

The district court, with certain exceptions, has exclusive jurisdiction in the trial of misdemeanors, N.C. Gen. Stat. § 7A-272 (1981). None of the exceptions allowing the superior court original jurisdiction apply in this case. *See* N.C. Gen. Stat. § 7A-271 (1981).

It is settled law that the jurisdiction of this court being derivative of that of the trial court, for an appeal to lie here, the jurisdiction of the trial court must affirmatively appear in the record on appeal. *State v. Guffey,* 283 N.C. 94, 194 S.E. 2d 827 (1973); *State v. McKoy,* 44 N.C. App. 516, 261 S.E. 2d 226, *cert. denied,* 299 N.C. 546, 265 S.E. 2d 405 (1980); *State v. Parks,* 20 N.C. App. 207, 200 S.E. 2d 837 (1973); *State v. Marshall,* 11 N.C. App. 200, 180 S.E. 2d 464 (1971); *State v. Byrd,* 4 N.C. App. 672, 167 S.E. 2d 522 (1969).

This record not showing the jurisdiction of the trial court, we have no jurisdiction to consider this appeal.

Dismissed.

Judges ARNOLD and PARKER concur.